ORIGINAL
FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 JUN 20 PM 3: 16

CLERK _C. Adams_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| EVERETTE EMERSON MILLS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 313-070 |
| ) | |
| STACEY STONE, Warden, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 18.) Plaintiff does not offer any new information, evidence, or argument that warrants a deviation from the Magistrate Judge's recommendation. Thus, the Court **OVERRULES** Plaintiff's objections. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** the petition, **CLOSES** this civil action, and **ENTERS** a final judgment in favor of Respondent.

SO ORDERED this 20th day of June, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE