ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 DEC 17 PM 2: 13

CLERK
SO. DIST. OF GA.

EVERETTE EMERSON MILLS,

    Petitioner,

VS.

STACEY STONE, Warden,

    Respondent.

USDC #: CV313-070

USCA #: 14-12982-C

## ORDER

The Appeal of the Judgment of this Court in the above case having been DISMISSED by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the Mandate of the Eleventh Circuit, U.S. Court of Appeals, is made the judgment of this court. The Judgment of this Court dated June 20, 2014 is final is all respects.

This _17th_ day of _Dec_, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA